UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
HOLLIE SEHRING,

                Plaintiff,

-against-

AKAM ASSOCIATES, INC., MICHAEL
BERENSON and MICHAEL ROGOFF,

                Defendants.
-----------------------------------------------------------X

Docket No.:
16-CV-4290 (ALC) (DCF)

## STATEMENT REGARDING FAIRNESS OF PLAINTIFF'S ATTORNEYS' FEES

    Counsel for plaintiff, Hollie Sehring, The Law Firm of Adam C. Weiss, PLLC, submits this supplement to the application regarding the fairness of settlement as to the plaintiff's attorneys' fees award in the Settlement Agreement for the Court's review and consideration.

    Under the settlement, and in accordance with their retainer agreements with the plaintiff, plaintiff's counsel will receive 1/3 of the proceeds from the settlement ($5,000) as attorneys' fees and costs of $400 for a total of $5,400. The amount provided to Plaintiffs' counsel under the settlement is fair and reasonable and well within the range of fees typically awarded in cases in this Circuit. In light of the size of the action, the nature of the issues herein, and the extensive negotiations necessary to reach the agreed-upon settlement, plaintiff's requested award is reasonable. *See Alleyne v. Time Moving & Storage Inc.*, 264 F.R.D. at 60; *see also McDaniel v. Cnty. of Schenectady*, 595 F.3d 411, 417 (2d Cir. 2010). Therefore, everyone covered by this settlement has already agreed to the fee provided for in the settlement. In addition, counsel expended fairly significant time and energy in reaching this favorable resolution in the case. *See* Invoice attached hereto.

Given Plaintiff's counsel significant experience representing parties in the New York City area in labor and employment law and more specifically wage and hour litigation, Plaintiff's counsel was able to obtain an excellent result with relatively low expense due to the parties' cooperative exchange of information and frequent and on-going negotiations.

A brief biography is as follows:

> Adam C. Weiss is the Managing Member of the Law Firm of Adam C. Weiss, PLLC. Prior to founding the Firm, Mr. Weiss was a partner at Ellenoff, Grossman & Schole LLP and Fugazy & Rooney LLP. He has also practiced management-side labor and employment law at Littler Mendelson PC and Milman Labuda Law Group PLLC, and employee-side labor and employment law at Rosen, Leff, Esqs. A member of the New York Bar since 2003, Mr. Weiss received his J.D. from St. John's University School of Law in 2002 and he is a member of the American Bar Association and the New York State Bar Association, Labor and Employment Sections.

Plaintiff is available to make any additional submissions Your Honor requires, either on this issue or on the fairness of the settlement herein more broadly. Plaintiff thanks the Court for its attention to this matter.

Dated: October 25, 2016
       Glen Cove, New York

THE LAW FIRM OF ADAM C. WEISS, PLLC

_____
Adam C. Weiss
3 School Street, Suite 303
Glen Cove, New York 11542
(516) 277-2323 (tel)
(516) 759-2556 (fax)
Email: adam@acweisslaw.com

*Attorneys for Plaintiff*

2

**The Law Firm of Adam C. Weiss, PLLC**
3 School Street, Suite 303
Glen Cove, NY 11542
(646)4890059
adam@acweisslaw.com

# INVOICE

**BILL TO**
Hollie Sehring
1560 Edison Ave., 3rd Floor
Bronx, New York 10461

**INVOICE #** 1242
**DATE** 10/20/2016
**DUE DATE** 11/19/2016
**TERMS** Net 30

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| Services<br>4/13 - Intake interview | 1.50 | 400.00 | 600.00 |
| Services<br>4/19 - Draft, edit and send demand letter | 2.80 | 400.00 | 1,120.00 |
| Services<br>4/20 - Draft, edit and send comprehensive settlement proposal | 1.50 | 400.00 | 600.00 |
| Services<br>5/13 - Teleconference with opposing counsel re: positions on settlement and liability | 0.60 | 400.00 | 240.00 |
| Services<br>5/26 - Review documents in connection with ongoing settlement discussions | 0.40 | 400.00 | 160.00 |
| Services<br>6/3 - Emails and conference calls with client and opposing counsel re: settlement discussions | 0.60 | 400.00 | 240.00 |
| Services<br>6/9 - Draft, edit and file complaint | 2.50 | 400.00 | 1,000.00 |
| Disbursement<br>Filing fee | 1 | 400.00 | 400.00 |
| Services<br>6/30 - Draft and edit stipulation extending time to answer | 0.50 | 400.00 | 200.00 |
| Services<br>8/15 - Review answer filed by Defendants | 1 | 400.00 | 400.00 |
| Services<br>9/14 - Emails and teleconference with opposing counsel re: settlement discussions | 0.50 | 400.00 | 200.00 |
| Services<br>10/6 - Draft letter to court re: settlement | 0.40 | 400.00 | 160.00 |
| Services<br>10/10 - Review draft settlement agreement | 0.80 | 400.00 | 320.00 |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Services**<br>10/11 - Emails with opposing counsel and client re: settlement agreement | 0.40 | 400.00 | 160.00 |
| **Services**<br>10/20 - Draft application to court re: approval of settlement agreement | 2 | 400.00 | 800.00 |

                                                    BALANCE DUE         **$6,600.00**