UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-10-17

HOLLIE SEHRING,

                **Plaintiff,**

-against-

AKAM ASSOCIATES, INC., MICHAEL BERENSON, and MICHAEL ROGOFF,

                **Defendants.**

16-cv-04290 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court has received the parties' Revised Settlement Agreement, filed January 6, 2017. ECF No. 18. Having reviewed the Revised Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:    January 9, 2017
               New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**